IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. Jacqueline Nash, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv862-MHT (WO) |
| BAUSCH HEALTH COMPANIES, INC., f/k/a Valeant Pharmaceuticals International, Inc., and P&M Pharma Corporation d/b/a Geesons Pharmacy, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of the relator's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 25) and the written consent of the government to the dismissal (Doc. 27), it is ORDERED that this case is dismissed in its entirety with prejudice as to relator Jaqueline Nash and without prejudice as to the government.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment as to

the relator pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 9th day of August, 2021.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**